1 | SAO
THOMAS E. WINNER
2 | Nevada Bar No. 5168
LARA MILLER
3 | Nevada Bar No. 12618
Winner & Booze
4 | 1117 S. Rancho Drive
Las Vegas, NV 89102
5 | Phone (702) 243-7000
Facsimile (702) 243-7059
6 | twinner@winnerfirm.com
lmiller@winnerfirm.com
7 | *Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| COBEY FEHR, individually, | CASE NO.: 2:23-cv-02077-RFB-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and Chasen Cohan of Cohan PLLC for the Plaintiff COBEY FEHR and Thomas E. Winner and Lara Miller of Winner & Booze attorneys for Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I., that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

030-8966

Page 1 of 3

1  IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

2  DATED this ___ day of June, 2024.

WINNER & BOOZE

THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
1117 S. Rancho Drive
Las Vegas, NV 89102
Attorney for Defendant

COHAN PLLC

CHASEN COHAN
Nevada Bar No. 12349
6718 West Sunset Road
Suite 150
Las Vegas, NV 89118
Attorney for Plaintiff



030-8966

Page 2 of 3

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiffs' Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED no trial date has been scheduled in this matter.

_____
UNITED STATES DISTRICT COURT JUDGE

030-8966